IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation<br><br>    Reorganized Debtor.<br><br>Federal Id. No. 94-742640<br><br>_____/ | Case No. 3:15-cv-01141-WHA<br><br>Bankruptcy No. 01-30923-DM<br><br><br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY SHELDON SOLOW** |

    The *pro hac vice* application of Attorney Sheldon Solow (Dkt. No. 8) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated:   June 5, 2015.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE