Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Reorganized California Power Exchange )
    Appellant )  Case No: 3:15-cv-01141-WHA
    ~~Plaintiff(s)~~, )
    v. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Pacific Gas and Electric Company ) (CIVIL LOCAL RULE 11-3)
    Appellee )
    ~~Defendant(s)~~. )

I, Sheldon Solow, an active member in good standing of the bar of the Illinois Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Appellant Reorganized California Power Exchange in the above-entitled action. My local co-counsel in this case is Julie Belezzuoli, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Three First National Plaza<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4231 | 1999 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD:<br>(312) 583-2320 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 788-1158 |
| MY EMAIL ADDRESS OF RECORD:<br>sheldon.solow@kayescholer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>julie.belezzuoli@kayescholer.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2673061.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 29, 2015

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sheldon Solow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 30, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER     October 2012