1   MARC S. COHEN - State Bar No. 65486
    Email: *marc.cohen@kayescholer.com*
2   ALICIA M. CLOUGH – State Bar No. 260012
    Email: *alicia.clough@kayescholer.com*
3   JULIE A. BELEZZUOLI - State Bar No. 267302
    Email: *julie.belezzuoli@kayescholer.com*
4   **KAYE SCHOLER LLP**
    1999 Avenue of the Stars, Suite 1600
5   Los Angeles, CA  90067-6048
    Telephone: (310) 788-1000
6   Facsimile:  (310) 788-1200
    *Attorneys for Reorganized California*
7   *Power Exchange Corporation*

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  In re | ) Case No. 3:15-cv-01141-WHA |
| 13  PACIFIC GAS AND ELECTRIC COMPANY, a California | ) ) Bankruptcy No. 01-30923-DM ) `Order Re` |
| 14  corporation | ) **STIPULATION RE EXTENSION** ) **OF TIME FOR FILING** |
| 15            Reorganized Debtor. | ) **APPELLANT'S REPLY BRIEF ON** ) **APPEAL** |
| 16  Federal Id. No. 94-0742640 | ) [Local Rules 6-2, 7-12] |
| 17  _____ | ) ) |
| 18  REORGANIZED CALIFORNIA POWER EXCHANGE | ) ) ) |
| 19  CORPORATION, | ) ) |
| 20            Appellant, | ) ) |
| 21    vs. | ) ) |
| 22  PACIFIC GAS AND ELECTRIC COMPANY, | ) ) ) |
| 23            Appellee. | ) ) |
| 24  _____ | ) |

25

26

27

28

The parties in the above-entitled proceeding, Appellant, the Reorganized California Power Exchange Corporation, a California non-profit public benefit corporation ("CalPX" or "Appellant"), represented by Marc S. Cohen, Esq. and Julie A. Belezzuoli, Esq. of Kaye Scholer LLP, and Appellee Pacific Gas and Electric Company ("PG&E" or "Appellee"), represented by Gary Kaplan, Esq., of Farella Braun + Martel LLP, hereby stipulate that the time for Appellant to file and serve its reply brief in this matter may be extended 3 days. The scheduled date for the filing of Appellant's reply brief is now scheduled for Monday, July 6, 2015. This extension will continue that date to Thursday, July 9, 2015.

**IT IS SO STIPULATED:**

Date: 6/30/2015                Kaye Scholer LLP

/s/ Julie Belezzuoli
Julie Belezzuoli
Counsel for Appellants, Reorganized
California Power Exchange Corp.

Date: 6/30/2015                Farella Braun + Martel LLP

Gary Kaplan /AC
Gary Kaplan
Counsel for Respondents, Pacific
Gas & Electric Company

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date:    June 30, 2015.

Honorable William Alsup
Judge of the U.S. District Court