IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION,<br><br>　　Appellant,<br><br>　v.<br><br>IN RE PACIFIC GAS AND ELECTRIC CO.,<br><br>　　Appellee.<br>　　　　　　　　　　　　　　　　　／ | No. C 15-01141 WHA<br><br>No. C 15-01149 WHA<br><br>**ORDER RESCHEDULING HEARING** |

The Court set a hearing for California Power Exchange's pending appeals for September 24.  Counsel for California Power Exchange has advised the Court that they will be unavailable on that date, due to traveling following Yom Kippur.  The parties have stipulated to reschedule the hearing to October 29 as that is the first Thursday that all parties and the Court are available.  The stipulation did not indicate the parties' availability on other days of the week.  The Court hereby **SPECIALLY SETS** a hearing on the pending appeals for **WEDNESDAY, OCTOBER 21 AT 8:00 A.M.**  The hearing on September 24 is hereby **VACATED**.  Again, the Court strongly encourages counsel to send forward a young lawyer so that the next generation of counsel can be trained.

　　**IT IS SO ORDERED**

Dated: September 18, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE