IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION,<br><br>Appellant,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Appellee.<br>_____ / | No. C 15-01141 WHA<br><br>No. C 15-01149 WHA<br><br>**REQUEST FOR FURTHER SUPPLEMENTAL BRIEFING** |

By **TUESDAY, DECEMBER 1 AT NOON**, the parties shall please submit supplemental briefs **NOT TO EXCEED EIGHT PAGES** double-spaced, with limited footnotes or single-spaced material addressing the following questions:

- The TransAlta agreement provided that TransAlta owed $149,000,000 in overcharge-refunds. CalPX's diagram of the various payments made to that effect only accounts for $146,116,095. What happened to the balance of $2,883,905?

- The Avista agreement provided that Avista owed $58,136,635 in overcharge-refunds (*i.e.*, the amount to be distributed after Avista received $15,000,000). CalPX's diagram of the various payments only accounts for $56,843,795. What happened to the balance of $1,292,840?

- To what extent does the record show CalPX's direct involvement in conceiving of, implementing, and/or acquiescing in the custom of including "deemed distributions" in FERC settlements? If CalPX was not involved, then why has it made the adjustment on its books and records in accordance with the settlement agreements? This pertains not only to the TransAlta and Avista settlements, but to all settlements in the FERC proceedings that referenced deemed distributions.

**IT IS SO ORDERED**

Dated: November 25, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE