**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION,<br><br>　　　　Appellant,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>　　　　Appellee.<br>　　　　　　　　　　　　　　　　／ | No. C 15-01141 WHA<br><br>No. C 15-01149 WHA<br><br><br><br>**ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS** |

　　　　The Court has asked the parties to submit further supplemental briefs (Dkt. No 43). CalPX seeks to extend the deadline for those briefs to **FRIDAY, DECEMBER 4 AT NOON**. Counsel for CalPX avers that they spoke with counsel for PG&E and the latter has no objection to the proposed extension. Good cause shown, the requested extension is hereby **GRANTED**.

　　　　**IT IS SO ORDERED**

Dated: November 25, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE