IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION, | No. C 15-01141 WHA<br>No. C 15-01149 WHA |
| Appellant, | Bk. No. 01-30923 DM |
| v. | |
| PACIFIC GAS AND ELECTRIC CO., | **JUDGMENT** |
| Appellee. | |

For the reasons stated in the accompanying order affirming the bankruptcy court's order, **FINAL JUDGMENT** is hereby entered in favor of appellee Pacific Gas and Electric Co. and against appellant Reorganized California Power Exchange Corporation. The Clerk shall please **CLOSE THE FILE**.

Dated: December 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE